Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> DINH NGUYEN, et al., <br><br> Defendants. | Case No. 1:13-cv-01415-LJO-SKO <br><br> **NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING SERVICE OF DEFENDANTS, DINH NGUYEN AND NHIEN LE NGUYEN, BY PUBLICATION** <br><br> Date: January 29, 2014 <br> Time: 9:30 a.m. <br> Courtroom: 7 <br> Honorable Sheila K. Oberto |

**PLEASE TAKE NOTICE THAT** on January 29, 2014 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 7 of the Honorable Sheila K. Oberto, located at the United States District Courthouse, 2500 Tulare Street in Fresno, California, Plaintiff, Ronald Moore ("Plaintiff"), by and through his attorney of record, Tanya E. Moore of the Moore Law Firm, P.C., will move the Court for an order permitting service of defendants by publication, namely: Dinh Nguyen and Nhien Nguyen ("the Nguyen Defendants").

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. On September 4, 2013, Plaintiff filed a Complaint against Defendants.

2.  Defendants cannot with reasonable diligence be served in another manner.

This application is based upon this Notice; the Memorandum of Points and Authorities; the Declaration of Tanya E. Moore; the Declaration of Process Server Joseph Lowry; the [Proposed] Default Judgment; the pleadings, files and records on file in this matter; and on such other information as may be presented at the hearing on this motion.

Dated: December 20, 2013                        MOORE LAW FIRM, P.C.

                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore,
                                               Attorneys for Plaintiff
                                               Ronald Moore