1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 RONALD MOORE,                    ) No.  1:13-cv-01415-LJO-SKO
                                    )
12           Plaintiff,              ) DECLARATION OF TANYA E. MOORE
                                    ) IN SUPPORT OF PLAINTIFF'S MOTION
13     vs.                           ) FOR LEAVE TO PERMIT SERVICE OF
                                    ) DEFENDNANTS DINH NGUYEN AND
14 DINH NGUYEN, et al.,              ) NHIEN LE NGUYEN, BY PUBLICATON
                                    )
15                                  )
                                    ) Date:       January 29, 2014
16           Defendants.             ) Time:       9:30 A.M.
                                    ) Courtroom: 7
17                                  ) Honorable Sheila K. Oberto
                                    )
18

19        I, Tanya E. Moore, declare as follows:

20        1.  I am an attorney at law duly licensed and admitted to practice before the United

21 States District Court, Eastern District of California, and am a member of the Moore Law Firm,

22 P.C., attorneys of record for Plaintiff, Ronald Moore ("Plaintiff"), in this action. I have

23 personal knowledge of the following facts, and if called as a witness, I could and would testify

24 competently thereto.

25        2.     I reviewed the Grant Deed for the parcel located at 40 West Shaw Avenue,

26 Suite 101, in Clovis, California ("the Facility property"), where the El Rodeo Mexican

27 Restaurant is located, filed with the Fresno County Recorder, which identified defendants Dinh

28 Nguyen and Nhien Le Nguyen ("the Nguyen Defendants") as the owners of the Facility

DECLARATION OF TANYA E. MOORE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION

Page 1

1  property. Attached hereto as Exhibit "A" is a true and correct copy of the Grant Deed.  I also
2  reviewed the Assessment Record for Fresno County for the Facility, which further confirmed
3  Defendants as the owners of the Facility property. Attached hereto as Exhibit "B" is a true and
4  correct copy of the Assessment Record. I believe based upon my review of all applicable
5  records that the Nguyen Defendants are, in fact, the owners of the Facility property.

6        3.    On September 15, 2013, my paralegal, under by direction, directed ABC Legal
7  process servers to effect service on the Nguyen Defendants at the following address identified
8  as their residence:  2254 Quail Bluff Place in San Jose, California. After three unsuccessful
9  attempts at service, a skip trace was initiated to verify that the address at which service was
10 attempted was, in fact, the correct mailing (and therefore residence) address.  I reviewed an
11 investigation report, dated November 1, 2013, that verified the address 2254 Quail Bluff Place
12 in San Jose, California, was the Nguyen Defendants' mailing address.  Attached hereto as
13 Exhibit "C" is a true and correct copy of the skip trace report. No other addresses were deemed
14 effective for the purpose of service of process. I therefore requested that the service attempts
15 resume.

16       4.    As a result of four additional unsuccessful efforts to serve the Defendants, I
17 requested that the process server do a stake out on November 29, 2013 from 6:00 a.m. to 9:00
18 a.m.  The Nguyen Defendants were not served during this time period.

19       5.    As a result of the unsuccessful stake out on November 29, 2013, I requested that
20 the process server do another stake out on December 12, 2013, from 6:00 p.m. to 9:00 p.m.
21 The Defendants were not served during this time period.

22       6.    I was advised by the process server that it was his belief that the Nguyen
23 Defendants were seeking to evade service.

24 I declare under penalty of perjury under the laws of the State of California that the
25 foregoing is true and correct.

26 Dated: December 20, 2013                                */s/ Tanya E. Moore*
27                                                                  Tanya E. Moore
28

DECLARATION OF TANYA E. MOORE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION

Page 2