RECORDING REQUESTED BY:
Out of County - Stewart Title
WHEN RECORDED MAIL TO

Dinh Nguyen and Nhien Le Nguyen
2254 Quail Bluff Pl.
San Jose, CA 95121

TITLE ORDER NO.
ESCROW NO. e42000677
APN. 499-203-82 & 499-230-73

FRESNO County Recorder
Robert C. Werner
DOC- 2007-0199684
Acct  8-Stewart Title Of Fresno County
Wednesday, OCT 31, 2007 15:12:56
Ttl Pd   $24.00      Nbr-0002636682
                     APR/R1/1-6

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):
DOCUMENTARY TRANSFER TAX is:            CITY TAX is:
Monument Preservation Fee is:
☐ computed on full value of property conveyed, or
☐ computed on full value less value of liens and encumbrances remaining at time of sale.
☐ Unincorporated area: ☒ City of Clovis, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Dinh Nguyen as to an undivided 1% interest and Nhien Le Nguyen as to an undivided 99% interest, all as tenants in common

hereby GRANT(S) to Dinh Nguyen and Nhien Le Nguyen, husband and wife, as join tenants

the following described real property in the City of Clovis, County of Fresno, State of California:

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Dated:   October 26, 2007

STATE OF CALIFORNIA                                     _[signature]_
                                                        Dinh Nguyen
COUNTY OF _____
                                                        _[signature]_
On _____ before me, _____                   Nhien Le Nguyen
_____, (here insert name and title of the officer)
personally appeared _____
_____,
personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s), whose name(s) is/are
subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

Signature _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# EXHIBIT "A"

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of  Santa Clara  } ss.

On  10/27/07  before me,  NHAN PHU DO, Notary Public
_____ Date _____ Name and Title of Officer, e.g./Jane Doe, Notary Public

personally appeared  DINH NGUYEN and NHIEN LE NGUYEN
_____ Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) ☒ is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: NHAN PHU DO, Commission # 1532500, Notary Public - California, Santa Clara County, My Comm. Expires Dec 6, 2008]

Nhan Do
_____
Signature of Notary Public

———————— OPTIONAL ————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document:  LOAN DOCUMENTS

Document Date:  10/29/07  Number of Pages: __

Signer(s) Other Than Named Above:  None

**Capacity(ies) Claimed by Signer**

Signer's Name:  DINH NGUYEN and NHIEN LE NGUYEN

☒ Individuals
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER

Signer Is Representing: _____

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org   Prod. No. 5907   Reorder: Call Toll-Free 1-800-876-6827

# EXHIBIT "A"

File Number: t14205706

## LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Fresno, City of Clovis, and described as follows:

Parcel 1:

Parcel K of Parcel Map No. 84-17, in the City of Clovis, County of Fresno, State of California, according to the map thereof recorded February 22, 1985 in Book 43, Page 1 of Parcel Maps, Fresno County Records.

Excepting Therefrom beginning at the Northwest corner of said Parcel K; thence, South 0° 27' 00" East along the West boundary line of said Parcel K, a distance of 3.74 feet; thence, South 89° 18' 15" East, a distance of 63.01 feet; thence, North 89° 33' 00" East, a distance of 56.95 feet to the most Westerly East boundary line of said Parcel K; thence North 0° 06' 00" East along said most Westerly East boundary line of Parcel K, a distance of 5 feet to the most Northerly Northeast corner of said Parcel K; thence, South 89° 33' 00" West along the most Northerly boundary line of said Parcel K, a distance of 120.00 feet to the Point of Beginning.

APN: 499-230-82
Designated as: a Commercial Building
Located at: 30 West Shaw Avenue
Clovis, California

Parcel 2:

Parcel N of Parcel Map No. 84-17, in the City of Clovis, County of Fresno, State of California, according to the map thereof recorded February 22, 1985, in Book 43, Page of Parcel Maps, Fresno County Records.

APN: 499-230-73
Designated as: a Commercial Building
Located at: 40 West Shaw Avenue
Clovis, California

End of Legal Description

# EXHIBIT "A"

## CLARIFICATION PAGE

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS "CLARIFICATION PAGE" IS A TRUE AND CORRECT COPY OF THE PAGE BEING CLARIFIED.

DATE _10-31-07_

SIGNATURE _[signature]_

# EXHIBIT "A"

RECORDING REQUESTED BY:
Out of County - Stewart Title
WHEN RECORDED MAIL TO

Dinh Nguyen and Nhien Le Nguyen
2254 Quail Bluff Pl.
San Jose, CA  95121

TITLE ORDER NO.
ESCROW NO.  e42000677
APN.  499-203-82 & 499-230-73

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):
DOCUMENTARY TRANSFER TAX is:           CITY TAX is:
Monument Preservation Fee is:
☒ computed on full value of property conveyed, or
☐ computed on full value less value of liens and encumbrances remaining at time of sale.
☐ Unincorporated area:  ☒ City of Clovis, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Dinh Nguyen as to an undivided 1% interest and Nhien Le Nguyen as to an undivided 99% interest, all as tenants in common

hereby GRANT(S) to  Dinh Nguyen and Nhien Le Nguyen, husband and wife, as join tenants

the following described real property in the City of Clovis, County of Fresno, State of California:

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Dated:  October 30, 2007

STATE OF CALIFORNIA                                    _____
                                                       Dinh Nguyen
COUNTY OF _____

                                                       _____
On _____ before me, _____,   Nhien Le Nguyen
_____, (here insert name and title of the officer)
personally appeared _____
_____,
personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s), whose name(s) is/are
subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

Signature _____

MAIL TAX STATEMENTS AS DIRECTED ABOVE

# EXHIBIT "A"

## NOTARY SEAL CLARIFICATION

I certify under penalty of perjury that the "Notary Seal" on the document to which this statement is attached reads as follows:

Name of Notary: Nhan Phu Do

Commission Number: 1532500

Date commission expires: Dec 6 2008

State and County of Commission: California Santa Clara

Date: 10-31-07

Stewart Lee

Signature (Firm name, if any)

Govt. Code, Sec. 27361.7

