11/22/13 Results

Case 1:13-cv-01415-LJO-SKO Document 9-4 Filed 12/20/13 Page 1 of 2    EXHIBIT "B"

Public Records > Real Property > Search Results > Real Property Report
Terms: street address(**40 W. Shaw Ave**) city(**Clovis**) state(**CA**)

⬅ **1** of **102** ➡

# Assessment Record For FRESNO County

Estimated Roll Certification Date: 07/01/2013

**Owner Information**

- **Original Name:** NGUYEN DINH & NHIEN LE
- **Standardized Name:** NGUYEN, DINH
  NGUYEN, NHIEN LE
- **Ownership Rights:** LIFE ESTATE
- **Original Address:** 2254 QUAIL BLUFF PL
  SAN JOSE, CA 95121
- **Standardized Address:** 2254 QUAIL BLUFF PL
  SAN JOSE, CA 95121-3213
  SANTA CLARA COUNTY

**Property Information**

- **Original Property Address:** 40 W SHAW AVE
  CLOVIS, CA 93612
- **Standardized Property Address:** 40 W SHAW AVE
  CLOVIS, CA 93612-3742
  FRESNO COUNTY
- **Land Use:** RETAIL STORES (PERSONAL SERVICES, PHOTOGRAPHY, TRAVEL)
- **Data Source:** B

**Legal Information**

- **Assessor's Parcel Number:** 499-230-96
- **Recording Date:** 10/31/2007
- **Brief Description:** 1.24 AC PAR N P/M 84-17 BK 43 PG 01

**Sale Information**

- **Recording Date:** 10/31/2007
- **Prior Recording Date:** 10/03/2007
- **Document Number:** 199684

**Assessment Information**

- **Assessment Year:** 2013
- **Assessed Land Value:** $210,000
- **Assessed Improvement Value:** $621,700
- **Total Assessed Value:** $831,700
- **Zoning:** C2

**Tax Information**

- **Tax Rate Code:** 1-007

**Property Characteristics**

- **Year Built:** 1986
- **Stories:** 1

**Building Area:** 9,130 TOTAL
9,130 1ST FLOOR
**Building Class:** EXTERIOR WALLS BUILT OF A NON-COMBUSTIBLE MATERIAL SUCH AS BRICK, CONCRETE, BLOCK OR POURED CONCRETE. INTERIOR PARTITIONS AND ROOF STRUCTURE BUILT OF COMBUSTIBLE MATERIALS. FLOOR MAY BE CONCRETE OR WOOD FRAME.
**Acres:** 1.24 AC
**Effective Year:** 1986

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**Your DPPA Permissible Use:** Litigation
**Your GLBA Permissible Use:** Legal Compliance



LexisNexis® | About LexisNexis | Privacy Policy | Terms & Conditions | Copyright © 2013 LexisNexis.