

633 Yesler Way  Seattle, WA 98104
(800) 736-7295

# Investigation Report

| Moore Law Firm, P.C.<br>332 N 2nd St.<br>San Jose, CA   95112 | INVESTIGATION NO. 10042427 | |
|---|---|---|
| | Printed: | Nov  1 2013 |
| | Billed: | |
| | Case Ref: | 00768 |

Contact: / 408 298-2000          Account No. 108558

| | | | |
|---|---|---|---|
| Subject | NHIEN L NGUYEN | Information Regarding | Other |
| Date of Birth | 03/13/1961 | | |
| SSN | 616-28-**** | Where-When Issued | |
| Descriptors | | | |
| Operators License | | State/Status | / |
| Residence Address | SEE CORROBORATION | | |
| Residence Phone | | Email | |
| Cell | | Voice Mail | |
| Other Addresses | | | |
| Licensed Vehicles | | | |

| | |
|---|---|
| Spouse | |
| Corroboration | A diligent search was performed to identify and locate the subject in private and public record searches. The subject's name was utilized along with the original service address. Further searches verified the subject by DOB and/or SSN. The subject's most recently reported addresses are as follows:<br><br>2254 QUAIL BLUFF PL, SAN JOSE, CA 95121-3213 (SANTA CLARA COUNTY)<br><br>-An extensive search of third party credit headers indicates this address has been reported for the subject from 11/09/2001 to 10/04/2013.<br>-A search of SANTA CLARA County Assessor records indicates that this property is currently owned by the subject.<br>-A postal trace sent to this address was returned marked, "mail is delivered to address given."<br><br>1692 TULLY RD, STE 14, SAN JOSE, CA 95122-2551 (SANTA CLARA COUNTY)<br><br>-An extensive search of third party credit headers indicates this address has been reported for the subject from 07/23/1998 to 10/04/2013.<br>-No other records returned for the subject reporting this address.<br><br>Sources searched included credit header records, court records, voter registration records, real property records, and several other miscellaneous sources. |
| Recommendations | |
| Status of Service | |
| Other Information | |

**Joseph Graddon**

*The results of this Investigation are based on criteria and or instructions provided by the client. Should the original information provided to the investigator regarding the Subject be in error, the results of this investigation can also be in error. The information provided in this report is deemed reliable, however, it is not guaranteed to be an exhaustive effort to locate Subject or to locate information regarding Subject. It is a summary of our attempts to locate Subject for purposes of Service of Legal Process, Background Report or Asset Search. The investigator utilizes information provided by the client, obtained from public and private sources and from confidential sources, as approved by the client*