1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                     )  No.  1:13-cv-01415-LJO-SKO
                                      )
12              Plaintiff,            )  **DECLARATION OF JOSEPH LOWRY IN**
                                      )  **SUPPORT OF PLAINTIFF'S MOTION**
13       vs.                          )  **FOR LEAVE TO PERMIT SERVICE OF**
                                      )  **DEFENDANTS DINH NGUYEN AND**
14  DINH NGUYEN, et al.,              )  **NHIEN LE NGUYEN, BY PUBLICATON**
                                      )
15                                    )
                                      )  Date:        January 29, 2014
16              Defendants.           )  Time:        9:30 a.m.
                                      )  Courtroom:  7
17                                    )  Honorable Sheila K. Oberto
18  _____  )

19       I, Joseph Lowry, declare as follows:

20       1.  I am  and was on the dates herein mentioned, a citizen of the United States, over

21  the age of eighteen years, and not a party to this action.  The matters stated herein are based on

22  my own personal knowledge and if called to testify as a witness, I could and would

23  competently testify thereto.

24       2.  I am a California process server, registered with the County of Los Angeles, and

25  contracted with ABC Legal Services, Inc.

26       3.  On September 15, 2013 and September 22, 2013 I attempted to effect service of

27  documents on Dinh Nguyen and Nhien Le Nguyen ("the Nguyen Defendants") at their

28  residence identified as 2254 Quail Bluff Place, in the city of San Jose, Santa Clara County

DECLARATION OF JOSEPH LOWERY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO
PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION

("the Nguyen residence").  There was no answer at the door.  On September 29, 2013, I attempted to effect service and was advised by an Asian male adult resident that the subjects were not known.

4.  On November 13, 2013, November 14, 2013, November 21, 2013, and November 26, 2013, I attempted to effect service of documents on Dinh Nguyen and Nhien Le Nguyen at their residence identified as 2254 Quail Bluff Place, in the City of San Jose, County of Santa Clara.  On those dates I was not able to effect service as there was no answer at the door.

5.  On November 29, 2013 I conducted a stake out at the Nguyen residence from 5:54 A.M. to 8:53 A.M.  During those times I was unsuccessful in effecting service as there was no answer at the door.  I noted that the upstairs blinds, which were open at the beginning of the stake out, were closed at the conclusion of the stake out.

6.  On December 12, 2013 I conducted a stake out at the Nguyen residence from 5:49 P.M. to 8:58 P.M.  During those times I was unsuccessful in effecting service as there was no answer at the door when I attempted contact.  During those times I observed teenagers come to the mailbox, but when I attempted contact they ran back in the house and would not answer the door.  Later during the stake out, several times I observed adults drive to the residence and pick up teenagers from the residence.  When contacted, the adults refused to talk to me.

7.  Attached, hereto, as Exhibit "A" is a true and correct copy of my Declaration of Non-Service, which accurately details my efforts to serve Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 20, 2013                          /s/ Joseph Lowry
                                                  Joseph Lowry

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore, Attorney for
                                                  Plaintiff, Cecil Shaw

DECLARATION OF JOSEPH LOWERY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION