| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Tanya E. Moore 206683<br>Moore Law Firm, P.C.<br>332 North 2nd St., San Jose, CA 95112<br>TELEPHONE NO.: (408) 271-6610   FAX NO. (Optional):<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Ronald Moore | FOR COURT USE ONLY |
|---|---|

Eastern District of California - Fresno
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: Ronald Moore | CASE NUMBER:<br>1:13-cv-01415-LJO-SKO |
|---|---|
| DEFENDANT/RESPONDENT: Dinh Nguyen | |
| DECLARATION OF NON SERVICE | Ref. No. or File No.:<br>00768 |

I declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:

Civil Case Cover Sheet; Summons in A Civil Case; Plaintiff's Complaint; Order Setting Mandatory Scheduling Conference; Standing Order All Civil Cases Judge Lawrence J. O'neill; Notice of Availability of A Magistrate Judge; Notice of Availability Voluntary Dispute Resolution; Important Information for Building Owners and Tenants; Notice of Stay; Notice to Defendant; Defendant's Application for Stay; State Law Requires That You Get This Important Advisory Information; Advisory Notice to Defendant

I attempted to serve   Nhien Le Nguyen
at the address of   2254 QUAIL BLUFF PL, SAN JOSE, Santa Clara County, CA 95121

and was unable to effect service for the following reasons:

9/15/2013 12:11 PM: No answer at door, no noise inside, no movement inside and no lights.
9/22/2013 4:34 PM: No answer at door, no noise inside, no movement inside and no lights.
9/29/2013 3:54 PM: Per JOHN DOE, WHO REFUSED TO GIVE NAME, RESIDENT, a black-haired Asian male contact approx. 45-55 years of age, 5'8"-6'0" tall and weighing 180-220 lbs; subject unknown. Neighbor no answer
11/13/2013 5:24 PM: No answer at door, no noise inside, no movement inside and lights on inside.
11/14/2013 12:38 PM: No answer at door, no noise inside, no movement inside and no lights.
11/21/2013 3:12 PM: No answer at door, no noise inside, no movement inside and no lights.
11/26/2013 7:34 PM: No Answer at the door, dark inside, quiet inside, no activity inside
11/29/2013 5:54 AM: No answer at door, no noise inside, no movement inside and no lights. No vehicles in driveway
11/29/2013 6:58 AM: No answer at door, no noise inside, no movement inside and no lights. No vehicles entered or exit home
11/29/2013 8:53 AM: No answer at door, no noise inside, no movement inside and no lights. Upstairs blinds closed when they were open. Believe someone is home evading
12/12/2013 5:49 PM: No answer at door, no noise inside, no movement inside and lights on inside.
12/12/2013 6:35 PM: 2 teenagers came out to mailbox. I tried to contact with them but they ran fast as they could back in. Would not answer door
12/12/2013 7:02 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, MOM PICKING UP DAUGHTER, a black-haired Asian female contact approx. 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. Said she didn't live at address. And drove off
12/12/2013 7:40 PM: No answer at door, noise inside, movement inside and lights on inside. No answer at door, noise inside, movement inside and lights on inside. Another drove up to pick up there daughter. They drove off not wanting talk to me.
12/12/2013 8:15 PM: No answer at door, noise inside, movement inside and lights on inside. Evading. Cars have come up picking up teenagers through this time. But everyone refuses talk. And no one inside will open door
12/12/2013 8:58 PM: No answer at door, noise inside, movement inside and lights on inside. No cars have come out of home. No one has gone inside. Only those few teenagers come out.

Fee for service: $ 514.50

I am a registered California process server; my name, address, phone number, and county of registration and number are:

Joseph Lowry
304 12th St, Suite 4A, Oakland, CA 94607
510-832-0701
San Francisco, #1149

Contractor for: ABC Legal Services, Inc.
Registration #: 6779
County:   Los Angeles

EXHIBIT "A"

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

_____
**Joseph Lowry**
(PRINTED NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

Page 1 of 1



**DECLARATION OF NON SERVICE**

Order No. 10042427 LAX



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Tanya E. Moore 206683<br>Moore Law Firm, P.C.<br>332 North 2nd St., San Jose, CA 95112<br>TELEPHONE NO: (408) 271-6610    FAX NO: (Optional):<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Ronald Moore | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 2500 TULARE ST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FRESNO 93721<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Ronald Moore<br>DEFENDANT/RESPONDENT: Dinh Nguyen | CASE NUMBER:<br>1:13-cv-01415-LJO-SKO |
| **DECLARATION OF NON SERVICE** | Ref. No. or File No.:<br>00768 |

I declare that I am and was on the dates herein mentioned, a citizen of the United States, over the age of 18 years, not a party to nor interested in the above entitled action, and competent to be a witness therein.

I received the following documents for service:

Civil Case Cover Sheet; Summons in A Civil Case; Plaintiff's Complaint; Order Setting Mandatory Scheduling Conference; Standing Order All Civil Cases Judge Lawrence J. O'neill; Notice of Availability of A Magistrate Judge; Notice of Availability Voluntary Dispute Resolution; Important Information for Building Owners and Tenants; Notice of Stay; Notice to Defendant; Defendant's Application for Stay; State Law Requires That You Get This Important Advisory Information; Advisory Notice to Defendant

I attempted to serve    Dinh Nguyen
at the address of      2254 QUAIL BLUFF PL, San Jose, Santa Clara County, CA 95121

and was unable to effect service for the following reasons:

9/15/2013 12:10 PM: No answer at door, no noise inside, no movement inside and no lights.
11/13/2013 5:25 PM: No answer at door, no noise inside, no movement inside and lights on inside.
11/14/2013 12:37 PM: No answer at door, no noise inside, no movement inside and no lights.
11/21/2013 3:11 PM: No answer at door, no noise inside, no movement inside and no lights.
11/26/2013 7:34 PM: No Answer at the door, dark inside, quiet inside, no activity inside
11/29/2013 5:53 AM: No answer at door, no noise inside, no movement inside and no lights. No vehicles in driveway
11/29/2013 6:59 AM: No answer at door, no noise inside, no movement inside and no lights. No vehicles entered or exit home
11/29/2013 7:53 AM: No answer at door, no noise inside, no movement inside and no lights.no cars entered or exit. Neighbors no answer.
11/29/2013 8:52 AM: No answer at door, no noise inside, no movement inside and no lights. Upstairs blinds closed when they were open. Believe someone is home evading
12/12/2013 5:49 PM: No answer at door, no noise inside, no movement inside and lights on inside.
12/12/2013 6:36 PM: 2 teenagers came out to mailbox. I tried to contact with them but they ran fast as they could back in. Would not answer door
12/12/2013 7:00 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, MOM PICKING UP DAUGHTER, a black-haired Asian female contact approx. 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs. Said she didn't live at address. And drove off
12/12/2013 7:39 PM: No answer at door, noise inside, movement inside and lights on inside. Another drove up to pick up there daughter. They drove off not wanting talk to me. Would not answer any questions
12/12/2013 8:13 PM: No answer at door, noise inside, movement inside and lights on inside. Evading. Cars have come up picking up teenagers through this time. But everyone refuses talk. And no one inside will open door
12/12/2013 8:57 PM: No answer at door, noise inside, movement inside and lights on inside. No cars have come out of home. No one has gone inside. Only those few teenagers come out.

Fee for service: $ 40.00

I am a registered California process server; my name, address, phone number, and county of registration and number are:

Joseph Lowry                          Contractor for: ABC Legal Services, Inc.
304 12th St, Suite 4A, Oakland, CA 94607    Registration #: 6779
510-832-0701                              County:      Los Angeles
San Francisco, #1149

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

| Joseph Lowry | _(signature)_ |
|---|---|
| (PRINTED NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

Page 1 of 1      **DECLARATION OF NON SERVICE**      Order No. 10042429 LAX


