1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>DINH NGUYEN, et al.,<br><br>          Defendants. | No. 1:13-cv-01415-LJO-SKO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN, BY PUBLICATION** |

Having carefully considered the Motion of Plaintiff Ronald Moore ("Plaintiff") for leave to permit service of Defendants Dinh Nguyen and Nhien Le Nguyen, by publication, the papers submitted, and the pleadings in this action, the Court hereby GRANTS the Motion.

Under Federal Rule of Civil Procedure 4(e), leave to permit service of summons as to defendants by publication is authorized following state law, "[i]f upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified." Cal. Code Civ. P. § 415.50(a).

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION

Page 1

Plaintiff sought to diligently pursue service of summons and complaint as to Defendants Dinh Nguyen and Nhien Le Nguyen. Plaintiff has demonstrated to the satisfaction of the Court that the parties to be served cannot be served in another manner.

Therefore, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff shall serve Defendants, Dinh Nguyen and Nhien Le Nguyen, by publication of the summons in this action in a newspaper of general circulation in San Jose, California within fifteen (15) days of the date this Order is filed in accordance with the requirements of California Government Code Section 6064; and

2. Plaintiff shall forthwith serve a copy of this Order, the summons, the complaint, and all other documents required to be served on Defendants, Dinh Nguyen and Nhien Le Nguyen, by mail, at their last known residence address of 2254 Quail Bluff Place, San Jose, California 95121.

**IT IS SO ORDERED**.

Dated: _____

United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE OF DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN BY PUBLICATION

Page 2