Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

         Plaintiff,

  vs.

DINH NGUYEN, et al.,

         Defendants.

No.  1:13-cv-01415-LJO-SKO

**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE TO PERMIT SERVICE OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS; ORDER**

**WHEREAS**, the complaint in this matter was filed on September 4, 2013;

**WHEREAS**, Rule 4(m) of the Federal Rules of Civil Procedure provides that defendants are to be served 120 days from the date the complaint was filed, here January 2, 2014;

**WHEREAS**, Plaintiff, Ronald Moore ("Plaintiff"), has filed a motion requesting that he be permitted to serve defendants, Dinh Nguyen and Nhien Le Nguyen ("Nguyen Defendants") by publication (ECF 9), which motion details the diligent efforts undertaken by Plaintiff to effect service on the Nguyen Defendants and is not set to be heard until January 29, 2014, after the expiration of the time within which Plaintiff is to effect service on the Nguyen Defendants;

1   **WHEREAS,** Plaintiff has also filed a request seeking additional time to effect service on the Nguyen Defendants (ECF 10);

3   **WHEREAS,** only defendant Alejandro Zamora Garcia ("Garcia") has been served with summons and complaint and appeared in this action (ECF 8);

5   **WHEREAS**, the scheduling conference in this matter is set for January 7, 2014 (ECF 5), which date precedes the hearing on Plaintiff's motion to serve the Nguyen Defendants by publication;

8   **WHEREAS**, the Order Setting Mandatory Scheduling Conference states that the conference <u>cannot</u> be held until all defendants have been served with the summons and complaint (ECF 5 at ¶ 1:23-27), and as set forth above, the Nguyen Defendants have not yet been served despite the diligent efforts of Plaintiff;

12   **WHEREAS**, Plaintiff's motion for an order permitting service on the Nguyen Defendants is not set to be heard until January 29, 2014, and service by publication requires publication once a week for four successive weeks under California Government Code Section 6064;

16   **NOW, THEREFORE**, Plaintiff, by and through his counsel, hereby requests that the mandatory scheduling conference in this matter currently set for January 7, 2014 be continued to a date after April 30, 2014 in order to permit service on, and subsequent appearance by, the Nguyen Defendants, as well as the opportunity for all parties to meet and confer as required by Rule 26 of the Federal Rules of Civil Procedure, including the exploration of settlement.

Dated:  December 23, 2013         MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore, Attorneys for
                                  Plaintiff, Ronald Moore

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon request of Plaintiff, and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 7, 2014, is hereby continued to May 1, 2014, at 9:30 a.m., in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto, and that a joint scheduling conference report be filed by the parties no later than seven days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 24, 2013**                    **/s/ Sheila K. Oberto**
                                                                                                                UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER