Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DINH NGUYEN, et al.,<br><br>　　　　Defendants. | No.  1:13-cv-01415-LJO-SKO<br><br>**PLAINTIFF'S *EX PARTE* REQUEST FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN; ORDER**<br><br>**(Docket No. 10)** |

**WHEREAS**, the complaint in this matter was filed on September 4, 2013;

**WHEREAS**, Rule 4(m) of the Federal Rules of Civil Procedure provides that defendants are to be served 120 days from the date the complaint was filed, here January 2, 2014;

**WHEREAS**, Plaintiff, Ronald Moore ("Plaintiff"), has filed a motion requesting that he be permitted to serve defendants, Dinh Nguyen and Nhien Le Nguyen ("Nguyen Defendants") by publication (ECF No. 9), which motion details the diligent efforts undertaken by Plaintiff to effect service on the Nguyen Defendants and is not set to be heard until January 29, 2014, after the expiration of the time within which Plaintiff is to effect service on the Nguyen Defendants;

PLAINTIFF'S *EX PARTE* REQUEST FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS DINH NGUYEN AND NHIEN LE NGUYEN; ORDER

Page 1

**NOW, THEREFORE**, Plaintiff hereby respectfully requests that the Court extend the last date by which Plaintiff may serve the Nguyen Defendants to March 21, 2014 in order to permit the motion to serve the Nguyen Defendants to be heard on January 29, 2014 and an Order issued thereon, and publication to be effected which requires four successive weeks of publication pursuant to California Government Code Section 6064.

Dated: December 20, 2014                    MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore, Attorneys for
                                            Plaintiff, Ronald Moore

## ORDER

Upon request of Plaintiff, and good cause appearing, **IT IS HEREBY ORDERED** that the time within which Plaintiff must serve the complaint on all defendants is hereby extended from January 2, 2014, to March 21, 2014.

IT IS SO ORDERED.

   Dated:   **January 2, 2014**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

PLAINTIFF'S *EX PARTE* REQUEST FOR ADDITIONAL TIME TO EFFECT SERVICE ON DEFENDANTS
DINH NGUYEN AND NHIEN LE NGUYEN; ORDER