1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,                        ) No. 1:13-cv-01415-LJO-SKO
                                     )
          Plaintiff,                 ) **STIPULATION FOR DISMISSAL OF**
                                     ) **DEFENDANT ALEJANDRO ZAMORA**
     vs.                             ) **GARCIA DBA EL RODEO MEXICAN**
                                     ) **RESTAURANT ONLY; ORDER**
DINH NGUYEN, et al.,                 )
                                     )
          Defendants.                )
                                     )
                                     )

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Alejandro Zamora Garcia dba El Rodeo Mexican Restaurant, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendant Alejandro Zamora Garcia dba El Rodeo Mexican Restaurant** be dismissed from the above-captioned action with prejudice. Each party is to bear its own attorneys' fees and costs.

Date: April 21, 2014                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

Date: April 21, 2014                MILLER & AYALA

*/s/ Nathan S. Miller*
Nathan S. Miller
Attorneys for Defendant
Alejandro Zamora Garcia dba El Rodeo Mexican Restaurant

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendant Alejandro Zamora Garcia dba El Rodeo Mexican Restaurant** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **April 22, 2014**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE