1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   tanya@moorelawfirm.com
5  Attorneys for Plaintiff
6  Ronald Moore
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                        ) No.  1:13-cv-01415-LJO-SKO
                                        )
12         Plaintiff,                   ) **NOTICE OF VOLUNTARY DISMISSAL**
                                        ) **OF ACTION; ORDER**
13    vs.                               )
                                        )
14 DINH NGUYEN, et al.,                 )
                                        )
15         Defendants.                  )
                                        )
16                                      )
                                        )
17 _____     )

18     WHEREAS, neither remaining Defendant has filed an answer or motion for summary
19 judgment;
20     WHEREAS, Plaintiff and Defendants have settled the matter;
21     WHEREAS, no counterclaim has been filed;
22     Plaintiff hereby respectfully requests that this action be dismissed with prejudice
23 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
24 Date: May 29, 2014                   MOORE LAW FIRM, P.C.
25
26
                                        */s/ Tanya E. Moore*
27                                      Tanya E. Moore
                                        Attorneys for Plaintiff
28                                      Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER

Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**
**Dated: May 29, 2014**

**/s/ Lawrence J. O'Neill**
**United States District Judge**